UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS,<br><br>            Plaintiff,<br><br>      v.<br><br>JUAN MUNIZ, et al.,<br><br>            Defendants. | Case No. 1:22-cv-01601-HBK<br><br>ORDER VACATING ORDER TO PAY FILING FEE OR FILE UPDATED FINANCIAL INFORMATION<br><br>(Doc. No. 37) |

On July 23, 2024, the Court issued an order directing Plaintiff to either pay the remaining balance for the filing fee in this case in one lump sum or submit a long form *in forma pauperis* ("IFP") application. (Doc. No. 37). The Court incorrectly advised Plaintiff that a $350.00 balance remained toward the filing fee. (*Id*. at 3). The Finance Department has confirmed that the filing fee has been paid in full and no further payment is due.

**ACCORDINGLY**, it is **ORDERED**:

The Court **VACATES** its July 23, 2024 Order (Doc. No. 37)

Dated: August 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

.

1